FILE COPY



# COURT OF APPEALS

CATHERINE STONE
  CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

March 25, 2013

Manuel C. Rodriguez, Jr.
Law Office of Manuel C. Rodriguez, Jr.
Lincoln Center - Suite 535
7800 IH-10 West
San Antonio, TX 78230

Sheri Dye
Department of Family and Protective Services
Bexar County Courthouse
100 Dolorosa, 3rd floor
San Antonio, TX 78205

Susan D. Reed
District Attorney, Bexar County
Paul Elizondo Tower 1
101 W. Nueva suite 370
San Antonio, TX 78205

RE:    Court of Appeals Number:   04-13-00174-CV
          Trial Court Case Number:   2009-PA-00997
          Style:  In the Interest of I.M.B. et al Children

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Elizabeth Montoya
Deputy Clerk, Ext. 53857

cc: Sandy Denn, Supervisor
Erminia Uviedo
Cristina T. De Leon

FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2013

No. 04-13-00174-CV

**IN THE INTEREST OF I.M.B. ET AL CHILDREN,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-PA-00997
Honorable Dick Alcala, Judge Presiding

## O R D E R

   This is an accelerated appeal pursuant to section 263.405 of the Texas Family Code. Appellant has filed a notice of appeal stating his intent to appeal from the trial court's judgment terminating his parental rights. The clerk's record was due March 18, 2013. On March 22, 2013, the trial court clerk filed a notification of late clerk's record stating that appellant is not entitled to appeal without paying the fee and appellant has failed to pay the fee for preparing the record. However, pursuant to Texas Rule of Appellate Procedure 20.1(a)(3), in "a suit filed by a governmental entity in which termination of the parent-child relationship or managing conservatorship is requested, a parent determined by the trial court to be indigent is presumed to remain indigent for the duration of the suit and any subsequent appeal, as provided by section 107.013 of the Family Code, and may proceed without advance payment of costs." TEX. R. APP. P. 20.1(a)(3). The trial court clerk has informed this court that the trial court found appellant to be indigent. Therefore, we ORDER the trial court clerk to file the clerk's record on or before **April 4, 2013**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2013.

_____
Keith E. Hottle
Clerk of Court

FILE COPY

*MINUTES*
Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

March 25, 2013

No. 04-13-00174-CV

**IN THE INTEREST OF I.M.B. ET AL CHILDREN,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-PA-00997
Honorable Dick Alcala, Judge Presiding

# O R D E R

 This is an accelerated appeal pursuant to section 263.405 of the Texas Family Code. Appellant has filed a notice of appeal stating his intent to appeal from the trial court's judgment terminating his parental rights. The clerk's record was due March 18, 2013. On March 22, 2013, the trial court clerk filed a notification of late clerk's record stating that appellant is not entitled to appeal without paying the fee and appellant has failed to pay the fee for preparing the record. However, pursuant to Texas Rule of Appellate Procedure 20.1(a)(3), in "a suit filed by a governmental entity in which termination of the parent-child relationship or managing conservatorship is requested, a parent determined by the trial court to be indigent is presumed to remain indigent for the duration of the suit and any subsequent appeal, as provided by section 107.013 of the Family Code, and may proceed without advance payment of costs." TEX. R. APP. P. 20.1(a)(3). The trial court clerk has informed this court that the trial court found appellant to be indigent. Therefore, we ORDER the trial court clerk to file the clerk's record on or before **April 4, 2013**.

         _/s/ Karen Angelini_
         Karen Angelini, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2013.

         _/s/ Keith E. Hottle_
         Keith E. Hottle
         Clerk of Court

Entered this 25th day of March, 2013.         VOL____PAGE____